IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LYNNELLE LAMAY-POE, | |
| Plaintiff, | **8:25CV386** |
| vs. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | **MEMORANDUM AND ORDER** |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (Filing No. 15) recommending that Plaintiff's request for an order to reverse and remand the Commissioner's decision (Filing No. 8) be denied, and that the Commissioner's Motion to Affirm the Commissioner's Decision (Filing No. 10) be granted. The Findings and Recommendation, which was issued on March 9, 2026, advised the parties that failure to object within 14 days after being served with a copy of the Findings and Recommendation could constitute a waiver of any objection to the Findings and Recommendation. (Filing No. 15.) *See also* NECivR 72.2(a). As of today's date, neither party has objected to the Findings and Recommendation.

Title 28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECivR 72.2(f). The parties were expressly admonished that they had 14 days to object and that that failing to object "may constitute a waiver of any objection." (Filing No. 15.) The failure to file an objection eliminates not only the need for de

novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009).

Accordingly, the Court will adopt the Magistrate Judge's Findings and Recommendation, and any objection is deemed waived.

**IT IS ORDERED:**

1.  The Magistrate Judge's Findings and Recommendation (Filing No. 15) is adopted.
2.  Plaintiff's request for an order to reverse and remand the Commissioner's decision (Filing No. 8) is denied.
3.  The Commissioner's Motion to Affirm Commissioner's Decision (Filing No. 10) is granted.
4.  Plaintiff's Complaint (Filing No. 1) is dismissed.
5.  Judgment will be entered by separate document.

Dated this 25th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2